IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PAUL CRISWELL**                                                                            **PLAINTIFF**

V.                               CASE NO.  4:21-cv-00478 JM

**CLAY FORD**, *et al*.                                                                     **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 26th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE